Goldberg & Associates
314 West 231st Street
Suite 447
Bronx, New York 10463
(718)432-1022
(718)432-1044 (facsimile)

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GUERRA CANTORAL, Deyli,
A076-406-333
    Plaintiff

Case No: 1:14-cv-04203-KMW

v.

CHRISTOPHER SHANAHAN, ET AL.,    **PROOF OF SERVICE**
    Defendants.
_____/

    I, the undersigned, hereby certify that I am employed in the County of Bronx, State of New York. I am over the age of eighteen and not a party to the within action, my business address is 314 West 231st Street, Suite 447, Bronx, New York 10463.

On June 20, 2014, I served a true copy of the foregoing documents described as: Petition for Writ of Habeas Corpus and Petition to Appear Pro Hac Vice on interested parties/party in this action by placing in a sealed envelope, return receipt requested, addressed as follows:

Christopher Shanahan, Director of ICE, New York Field Office
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

Jeh Johnson, Secretary of Department of Homeland Security
Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

U.S. Attorney General's Office
U.S. Department of Justice

1  950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2

3  Kenneth Decker, Orange County Correctional Facility
   110 Wells Farm Road
4  Goshen, New York 10924

5  __X_   MAIL   I am readily familiar with the firm's practice of collection and processing
                 correspondence for mailing. Under that practice it would be deposited with U.S.
6                postal service on the same day with postage thereon fully prepaid at Bronx, New
                 York in the ordinary course of business. I am aware that on motion of the party
7                served, service is presumed invalid if postal cancellation date or postage meter
8                date is more than one day after date of deposit for mailing in affidavit.

9

10 Executed on June 20, 2014 at Bronx, New York.

11 I declare under penalty of perjury under the law that the foregoing is true and correct.

12                                              ___/s/ Danielle Fackenthal___
                                                   Danielle Fackenthal
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service